THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH SKOLNICK, Appellant.

Argued October 3, 1951; decided October 18, 1951.

*Benjamin M. Goldstein* for appellant.
*Ben Newberg, District Attorney,* for respondent.

Judgment affirmed; no opinion .

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.